## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

2P COMMERCIAL AGENCY S.R.O.,

        Plaintiff,

-vs-                                 Case No.  2:11-cv-652-FtM-29SPC

SRT USA, INC., LEN FAMILANT,

        Defendants.

_____

## ORDER

This matter comes before the Court on Plaintiff's Motion for Clerk's Entry of Default (Doc. #10) filed on December 14, 2011.  The Plaintiff moves for an entry of clerk's default and states that service was effectuated on November 22, 2011, personally on Defendant Len A. Familant at his residence in Bethesda, Maryland.  The Plaintiff filed the Proof of Service (Doc. # 8) on December 5, 2011.

The entry of a default is appropriate "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and that fact is made to appear by affidavit or otherwise." Fed. R. Civ. P. 55(a).  The Florida Rules of Civil Procedure state that "at the time of personal service of process a copy of the initial pleading shall be delivered to the party upon whom service is made." Fla. R. Civ. P. 1.070.  Florida law allows service of an individual "by delivering a copy of [the summons and complaint] to the person to be served ... or by leaving the copies at [a Defendant's] usual place of abode with any person residing therein who is 15 years of age or older and informing the person of their contents." Fla. Stat. § 48.031(1). Baca v. Zee Auto Center, Inc., 2007 WL 2298076, *1 (M.D. Fla. Aug. 7, 2007).

In this case, the Summons and Complaint was personally served on Defendant Len A. Familant on November 22, 2011.  This was proper under Florida law.  Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A), a defendant must serve an answer within 21 days after being served with the summons and complaint.  To date, there has been no responsive pleading with respect to the Complaint from the Defendant.  Therefore, the entry of clerk's default is appropriate at this time.

Accordingly, it is now

**ORDERED:**

Plaintiff's Motion for Clerk's Entry of Default(Doc. #10) is **GRANTED**.  The Clerk of Court is directed to enter clerk's default against Defendant Len A. Familant.

**DONE AND ORDERED** at Fort Myers, Florida, this __14th__ day of December, 2011.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record