# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FORT MYERS DIVISION

2P COMMERCIAL AGENCY S.R.O. ,

                Plaintiff,

-vs-                                             Case No.  2:11-cv-652-FtM-29SPC

SRT USA, INC., LEN FAMILANT,

                Defendants.

_____

## **ORDER**

      This matter comes before the Court on the Plaintiff, 2P Commercial Agency S.R.O.'s Motion for Entry of Clerk's Default by Defendant SRT USA Inc. (Doc. #13) filed on December 27, 2011. Under Fed. R. Civ. P. 55(a), default is justified "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise appear by affidavit or otherwise, the clerk shall enter the party's default."

      On December 5, 2011, the Defendant was served with a copy of the Complaint and Summons. (Doc. # 9).  The Summons and Complaint was served on Sherman Tyson as the Registered Agent of the Defendant Corporation SRT USA Inc.  According to the State of Florida, Sherman Tyson is the Registered Agent for the Defendant Corporation. <Http://www.sunbiz.org> last accessed (December 28, 2011).  Based upon a review of the Return of Service, the Court  finds that service was effective pursuant to the Federal Rules of Civil Procedure and the laws of the State of Florida.  The Defendant had up to and including December 26, 2011, to file an answer, other

responsive pleading, or 12(b)(6), motion, but failed to do so.[1] Thus, good cause exists to grant the Motion for Entry of a Clerk's Default.

Accordingly, it is now

**ORDERED:**

The Plaintiff, 2P Commercial Agency S.R.O.'s Motion for Entry of Clerk's Default by Defendant SRT USA Inc. (Doc. #13) is **GRANTED**. The Clerk of the Court is hereby directed to enter a Clerk's Default against the Defendant SRT USA Inc.

**DONE AND ORDERED** at Fort Myers, Florida, this __28th__ day of December, 2011.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record

---

[1]Since the Court was closed on December 26, 2011, for the Holiday season, the Court allowed until December 27, 2011 for the responsive pleading to be filed.

-2-