**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

**2P COMMERCIAL AGENCY**
**S.R.O.,**

       **Plaintiff,**

**V.**                         **Case No:  2:11-cv-652-FtM-29SPC**

**SRT USA, INC. and LEN A.**
**FAMILANT,**

       **Defendants.**
_____/

## ORDER

This matter comes before the Court on the Non-Party Sherman Tyson's Motion to Not Attend Deposition *Duces Tecum* (Doc. #42) filed on July 23, 2012.  The Defendants filed a Response in Opposition (Doc. # 44) on August 6, 2012.  The Motion is fully briefed and ripe for the Court's review.

On June 26, 2012, the Plaintiff's Notice of Taking Deposition *Duces Tecum* was sent via U.S. Mail to the Defendant SRT USA, Inc. to take the deposition of the Defendant Corporation, SRT USA, Inc.'s Corporate Representative. (Doc. # 44-2).  Sherman Tyson was the Defendant Corporation's registered agent and according the State of Florida, its President.  Florida Department of State, www.Sunbiz.org/ (last accessed August 7, 2012).  The Plaintiff argues that the Motion to Not Attend is moot because Clerk's Default has been entered against the Defendant and the Defendant Corporation has been desolved (Doc. # 14).

The subpoena was served upon the Defendant Corporation SRT USA, Inc. through its registered agent Sherman Tyson.  While Tyson may have been or currently is the Corporation's President, he cannot respond for the Defendant Corporation.  Under Local Rule 2,03(e), a

corporation may appear and be heard only through counsel admitted to the Court pursuant to Local Rule 2.01 or 2.02.  The rule is well established that a corporation is an artificial entity that can only be represented through its agents.  Deleon v. National Painting & Waterproofing, Inc., 2012 WL 1232099 *1 (M.D. Fla. April 12, 2012) (citing Palazzo v. Gulf Oil Corp., 764 F.2d 1382, 1385 (11th Cir. 1985)).   It cannot appear in judicial proceedings *pro se* but must instead be represented by licensed counsel.  Id.  The general rule that corporations must be represented by an attorney in judicial actions applies even where the person seeking to represent the corporation is its president and/or major stock holder. Id.  Therefore, the Motion to Not Appear is due to be denied because it was not filed by licensed counsel, but by the Corporate Defendant's registered agent and President.

Accordingly, it is now

**ORDERED:**

The Non-Party Sherman Tyson's Motion to Not Attend Deposition *Duces Tecum* (Doc. #42) is **DENIED**.

**DONE** and **ORDERED** Fort Myers, Florida this 8th day of August, 2012.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies:  All Parties of Record