# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

**2P COMMERCIAL AGENCY**
**S.R.O.,**

        **Plaintiff,**

**V.**                           **Case No:  2:11-cv-652-FtM-29SPC**

**SRT USA, INC. and LEN A.**
**FAMILANT,**

        **Defendants.**

_____/

## ORDER

This matter comes before the Court on the Defendant Len A. Familant's Motion for a Protective Order (Doc. #43) filed on August 2, 2012.  The Plaintiff scheduled the wife of the Defendant, Jennifer Familant, for a deposition on August 16, 2012.  Because of the impending discovery deadline, August 20, 2012, and the mediation scheduled for August 20, 2012, the Court will require the Plaintiff to file an expedited response to the Motion.

Accordingly, it is now

**ORDERED:**

The Plaintiff 2P Commercial Agency,S.R.O. is hereby directed to file an expedited response to the Defendant's Motion for a Protective Order (Doc. # 43) on or before **5:00pm.**

**Friday, August 10, 2012.**

**DONE** and **ORDERED** in Fort Myers, Florida this 8th day of August, 2012.

*Sheri Polster Chappell*

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies:  All Parties of Record